1122

No. 97–1622. GREENE v. CITIBANK, N. A., ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1644. HASHIMOTO v. DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied. 

No. 97–1648. DERBIGNY v. GLICKMAN, SECRETARY OF AGRICULTURE. C. A. 5th Cir. Certiorari denied. 

No. 97–1653. ALVAREZ ET AL. v. DADE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied. 

No. 97–1654. WEISSMAN v. COHN, LIFLAND, PERLMAN, HERMANN & KNOPF ET AL. C. A. 3d Cir. Certiorari denied. 

No. 97–1655. GUILLORY v. REVIS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 97–1659. HAWKINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–1670. HASTINGS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 97–1673. WALTERS v. METZGER ET AL. Super. Ct. Pa. Certiorari denied. 

No. 97–1675. SOMMERS v. MCKINNEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1676. SALVO v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 97–1678. RAHMAN, AKA GRANT v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 97–1707. BRADSTREET v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 97–1713. RUMMEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.